# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lloyd D. Watkins

Plaintiff

v.

James Bruton

Defendants

Case No. Civil 01-1590 RHK/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the objections are overruled. The Report and Recommendation is adopted. Petitioner's application to proceed without prepayment of fees and affidavit is denied. Petitioner's motion for the appointment of counsel is denied. Petitioner's application for writ of habeas corpus is dismissed with prejudice.

DATE: September 26, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk